E-FILED
Thursday, 03 December, 2020  12:16:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEMARA HAMPTON,                 )
                                )
            Plaintiff,          )
                                )
v.                              )          Case No. 4:20-CV-04210-SLD-JEH
                                )
RANDY CAGLE,                    )
et al.                          )
                                )
            Defendants.         )

## MOTION FOR ENTRY OF DEFAULT

Comes Now Plaintiff, by and through counsel, and hereby moves for entry of Default against all Defendants and in support thereof states:

1. This action was filed by Plaintiff on October 1, 2020.

2. On October 2, 2020, prior to service upon Defendants and prior to any responsive pleadings by Defendants, Plaintiff filed an Amended Petition.

3. On October 22, 2020, Defendant Inmate Services Corporation and Defendant Randy Cagle (collectively hereafter "Defendants") were both properly and lawfully served with the Amended Petition and Summons on October 22, 2020.

4. Defendants have failed to timely respond, plead, and/or otherwise defend.

5. An Entry of Default against both Defendants is proper, pursuant to Federal Rule of Civil Procedure 55(a).

6. Pursuant to FRCP 55(a), Plaintiff requests the Clerk to enter the Defendants' default.

Wherefore, Plaintiff respectfully requests an entry of Default against the Defendants and for any further relief this Court deems just and proper

.

*Respectfully Submitted,*

O'BRIEN LAW FIRM


BY: _____/S/Grant C. Boyd_____
    Grant C. Boyd - #67362-MO
    815 Geyer Avenue
    St. Louis, Missouri 63104
    (314) 588-0558 – PHONE
    boyd@obrienlawfirm.com

    ATTORNEYS FOR PLAINTIFF


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3th day of December, 2020 a copy of the above **MOTION FOR ENTRY OF DEFAULT** was electronically filed and served upon all parties via the Court's Electronic Filing System and additionally served upon Defendants by USPS Mail at:

Inmates Services Corporation & Randy Cagle
220 N. 6th St.
West Memphis, Arkansas 72301

&

CT Corporation System (registered agent)
Attn: Inmate Services Corporation & Randy Cagle
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201

            /s/ Grant C. Boyd