# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMARA HAMPTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| RANDY CAGLE, | ) |
| & | ) |
| INMATE SERVICES CORPORATION, | ) |
| Defendants. | ) |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Comes Now Grant C. Boyd and hereby moves this Court for leave to withdraw as Counsel for Plaintiff in that Plaintiff has terminated representation by the undersigned and retained new counsel (Charles Frahm).

Wherefore, Undersigned Counsel moves this Honorable Court for leave to withdraw as Counsel for Plaintiff and for any such further relief this Court deems just and proper.

Respectfully Submitted,

THE O'BRIEN LAW FIRM, PC

BY: /S/ Grant C. Boyd
Grant C. Boyd #67362 - MO
The O'Brien Law Firm
815 Geyer Ave
St. Louis, MO  63104
(314) 588-0558
(314) 588-0634 FAX
boyd@obrienlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of December 2020 a copy of the foregoing was electronically filed with the Court and served upon all parties by operation of the Court's electronic filing system, mailed via USPS to Defendants, and served upon Attorney Charles Frahm via e-mail at charles@frahmlegal.com.

/s/ Grant C. Boyd