E-FILED
Thursday, 01 April, 2021 02:02:43 PM
Clerk, U.S. District Court, ILCD

Honorable Judge,      March 27, 21

I am writing pertaining to case# 2046-CR00847. I am currently in custody at Chillicothe Correctional Center & have been incarcerated for 17 months. I don't have a lawyer on this case & am asking for the courts to please appoint me one or please send me a public defender form. I am asking the courts to please schedule video court instead of doing a writ because I am currently in college courses and doing behaviorial classes.

     Thank you for your time & consideration

Respectfully submitted,
Demara Hampton #1290402

FILED
20-4210
APR 01 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Demaica Hampton #1290402
CCC Chillicothe Corr. Center #UGD 231
3151 Litton Road
Chillicothe MO 64601

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

KANSAS CITY  640
29 MAR 2021 PM 3 L

United States District Court
Central District of Illinois
Office of the Clerk
131 E 4th Street Room 250
Davenport IA 52801

52801-153250