FILED

E-FILED
Monday, 17 May, 2021  01:20:46 PM
Clerk, U.S. District Court, ILCD

MAY 17 2021
20-4210
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Judge,                                                    5/11/21

      I Demara Hampton would like to File a Motion For Default Judgment against the Defendants Randy Cagle and Inmate Services Corporation because of their lack to respond in a timley matter. A responce was due 11/12/2020 and they Failed to participate.

      As to the Status of me retaining counsel, I am still in Ad-Seg and have not been able to use the phone to call any lawyers. I should be out of Ad-Seg and back into General Population within the next 30 days. If this motion is improper, I apologize for the inconvinence and I will be able to get the correct paperwork once I am out of Ad-Seg.

      Even though I am in Ad-Seg, I can still recieve mail and legal calls.

Respectfully Submitted,

Demara Hampton
#1290402